IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Taylor, Leonard | Case Number: 04 B 04615 |
|---|---|---|
|  | Taylor, Karmen | Judge: Wedoff, Eugene R |
|  | Printed: 9/23/08 | Filed: 2/6/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: August 28, 2008
Confirmed: May 13, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 68,693.80 |  |
| Secured: |  | 36,215.53 |
| Unsecured: |  | 25,578.96 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,160.20 |
| Trustee Fee: |  | 3,564.66 |
| Other Funds: |  | 1,174.45 |
| Totals: | 68,693.80 | 68,693.80 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,160.20 | 2,160.20 |
| 2. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 4. | Wells Fargo Fin Acceptance | Secured | 6,887.37 | 6,887.37 |
| 5. | Chase Manhattan Mortgage Corp | Secured | 2,983.09 | 2,983.09 |
| 6. | Nuvell Financial Services | Secured | 25,523.93 | 25,523.93 |
| 7. | Chase Home Finance | Secured | 821.14 | 821.14 |
| 8. | Chase Home Finance | Unsecured | 650.00 | 650.00 |
| 9. | Chase Manhattan Mortgage Corp | Unsecured | 350.00 | 350.00 |
| 10. | Resurgent Capital Services | Unsecured | 2,063.22 | 2,063.22 |
| 11. | CitiFinancial | Unsecured | 741.20 | 741.20 |
| 12. | American General Finance | Unsecured | 847.35 | 847.35 |
| 13. | ECast Settlement Corp | Unsecured | 4,079.77 | 4,079.77 |
| 14. | Resurgent Capital Services | Unsecured | 1,200.91 | 1,200.91 |
| 15. | Wells Fargo Fin Acceptance | Unsecured | 2,853.42 | 2,853.42 |
| 16. | Nuvell Financial Services | Unsecured | 3,145.18 | 3,145.18 |
| 17. | RoundUp Funding LLC | Unsecured | 2,118.03 | 2,118.03 |
| 18. | CitiFinancial | Unsecured | 2,079.14 | 2,079.14 |
| 19. | Portfolio Recovery Associates | Unsecured | 3,219.08 | 3,219.08 |
| 20. | ECast Settlement Corp | Unsecured | 2,231.66 | 2,231.66 |
| 21. | Washington Mutual Finance | Unsecured |  | No Claim Filed |
| 22. | Sam Club | Unsecured |  | No Claim Filed |
|  |  |  | $ 63,954.69 | $ 63,954.69 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Taylor, Leonard               Case Number:  04 B 04615
        Taylor, Karmen                Judge:  Wedoff, Eugene R
        Printed:  9/23/08             Filed:  2/6/04

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---------:|-----------:|
| 7%       | 119.35     |
| 4%       | 210.71     |
| 6.5%     | 655.00     |
| 3%       | 128.62     |
| 5.5%     | 638.61     |
| 5%       | 198.11     |
| 4.8%     | 111.56     |
| 5.4%     | 1,502.70   |
|          | _____ |
|          | $ 3,564.66 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

